KAREN NELSON MOORE,
concurring.
I write separately because I do not believe that an individual necessarily uses physical force when causing a physical injury. See United States v. McMurray, 653 F.3d 367, 374 n. 6 (6th Cir.2011). Accordingly, I subscribe to the analysis set forth in Judge White’s concurring opinion. *538 However, because I believe this panel is bound by United States v. Anderson, 695 F.3d 390 (6th Cir.2012), which held that “one can knowingly cause serious physical harm to another only by knowingly using force capable of causing physical pain or injury,” id. at 400 (internal quotation marks omitted), I join the majority opinion. The Supreme Court has granted a writ of certiorari in United States v. Castleman, 695 F.3d 582 (6th Cir.2012), cert. granted, — U.S. -, 134 S.Ct. 49, 186 L.Ed.2d 962, 2013 WL 2155706, 81 U.S.L.W. 3672 (2013), and may resolve the difficult questions that this case poses.